15607. CENTRAL OF GEORGIA RAILWAY CO. *v.* HOUSER.

BROYLES, C. J. Upon the trial of the case the court, by agreement of the parties, presided, without the intervention of a jury, and the judgment rendered in favor of the plaintiff was authorized by the law and the evidence.     *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 15, 1924.

Action for damages; from city court of Houston county—Judge Riley. February 11, 1924.

*Brown & Brown,* for plaintiff in error.

*C. L. Shepard,* contra.

---

15609. DIXON *v.* THE STATE.

BLOODWORTH, J. There is no merit in any of the special grounds of the motion for a new trial; the evidence authorized the verdict, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 15, 1924.

Indictment for assault with intent to murder; from Houston superior court—Judge Mathews. January 26, 1924.

*Marx Kunz,* for plaintiff in error.

*Charles H. Garrett, solicitor-general,* contra.